**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 14-02680
§
PETER VIRGILIO §
CHERYL R VIRGILIO §
§
Debtors §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/29/2014. The undersigned trustee was appointed on 01/29/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $11,472.70

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $84.20 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |

    Leaving a balance on hand of[1] $11,388.50

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/03/2014 and the deadline for filing government claims was 07/28/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,897.27. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,897.27, for a total compensation of $1,897.27[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $5.08, for total expenses of $5.08.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/12/2014              By:   /s/ David P. Leibowitz
                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

Page No: 1

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-02680-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VIRGILIO, PETER AND VIRGILIO, CHERYL R | Date Filed (f) or Converted (c): | 01/29/2014 (f) |
| For the Period Ending: | 12/12/2014 | §341(a) Meeting Date: | 02/25/2014 |
| | | Claims Bar Date: | 06/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1135 Stonebridge Court, Elgin, Illinois 60120. Single family home. | $188,430.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account held by JPMorgan Chase Bank. Account: ...1252 | $254.88 | $0.00 | | $0.00 | FA |
| 3 | Savings account held by JPMorgan Chase Bank. Account#... 5246 | $5,300.00 | $1,554.88 | | $0.00 | FA |
| 4 | Joint checking account held by JPMorgan Chase Bank. Account#: ...6621 | $262.94 | $131.47 | | $0.00 | FA |
| 5 | Joint savings account held by JPMorgan Chase Bank. Account#...4791 | $621.00 | $310.50 | | $0.00 | FA |
| 6 | TV, couch, love seat, kitchen table, dishwasher, refrigerator, stove, washer, dryer, dining room table, dining room hutch, love seat, cocktail tables, desktop computer, lap top, Wii game console, PSP3 game console, X Box game console, bed, twin beds, dresser TV, TV | $1,760.00 | $1,760.00 | | $0.00 | FA |
| 7 | Debtor's clothes | Unknown | Unknown | | $0.00 | FA |
| 8 | Joint debtor's clothes | Unknown | Unknown | | $0.00 | FA |
| 9 | Movado watch | $200.00 | $200.00 | | $0.00 | FA |
| 10 | Golf clubs | $150.00 | $150.00 | | $0.00 | FA |
| 11 | Whole Life Insurance held by Guardian Life Insurance for joint debtor. Beneficiary: spouse, debtor. Owner: joint debtor. 2012 Gross Cash Value 6,000.00 Change in beneficiary: No. | $4,428.16 | $0.00 | | $0.00 | FA |
| 12 | Children's Qualified tuition plan | $9,000.00 | $0.00 | | $0.00 | FA |
| 13 | Pension. Local 2 Health & Welfare Laborers Pension Fund | Unknown | Unknown | | $0.00 | FA |
| 14 | 401(k) held by Prudential | $15,000.00 | $0.00 | | $0.00 | FA |
| 15 | 401(k) with Kennicott Bros. Co. | $1,800.00 | $0.00 | | $0.00 | FA |
| 16 | 2013 Tax refund | $1,600.00 | $1,600.00 | | $0.00 | FA |
| 17 | 2007 Ford Escape 4D Sport Utility XLT with 81,000 miles | $6,500.00 | $0.00 | | $2,672.70 | FA |
| 18 | 2000 Cadillac DTS with 129,000 miles | $2,800.00 | $400.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 14-02680-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VIRGILIO, PETER AND VIRGILIO, CHERYL R | Date Filed (f) or Converted (c): | 01/29/2014 (f) |
| For the Period Ending: | 12/12/2014 | §341(a) Meeting Date: | 02/25/2014 |
| | | Claims Bar Date: | 06/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 19 Preferential payment made to Leonard Virgilio (u) | $0.00 | $11,000.00 | | $8,800.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$238,106.98     $17,106.85     $11,472.70     $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 05/17/2014 | Sent demand 4/10; no response received; sent email to Linda to move forward with complaint to recover. |
| 05/17/2014 | Also requested copy of 2013 tax return. |
| 05/17/2014 | Prepared motion to sell estate's interest in bank accounts and vehicle |
| 04/10/2014 | Demand letter sent on Leonardo Virgilio |
| 04/07/2014 | Motion to Employ drafted; demand letter prepared.<br><br>Awaiting tax refund and recovery of preferences<br><br>Need motion to sell estate's interest for vehicle and bank accounts |
| 03/19/2014 | Payment in the amount of $2672.70 for non exempt equity in vehicle; Payments made to Father for $2000.00 each for 6/3/13; 7/10/13; 9/10/13; 10/9/13; and 11/13/13 (Insider must recover) |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/25/2015 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 01/15/2015 | DAVID LEIBOWITZ | |

**FORM 2**

Page No: 1

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-02680-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | VIRGILIO, PETER AND VIRGILIO, CHERYL R | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6644 | | Checking Acct #: | ******8001 |
| Co-Debtor Taxpayer ID #: | **-***6645 | | Account Title: | |
| For Period Beginning: | 1/29/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/21/2014 | (17) | Cheryl & Peter Virgilo | Payment RE: Equity on vehicle. | 1129-000 | $2,672.70 | | $2,672.70 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.11 | $2,671.59 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.17 | $2,667.42 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.44 | $2,662.98 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.02 | $2,658.96 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.29 | $2,654.67 |
| 08/12/2014 | (19) | Leonardo Virgilio | Preference Payment | 1229-000 | $8,800.00 | | $11,454.67 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.66 | $11,442.01 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $17.27 | $11,424.74 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $19.62 | $11,405.12 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $16.62 | $11,388.50 |
| | | | **TOTALS:** | | $11,472.70 | $84.20 | $11,388.50 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $11,472.70 | $84.20 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $11,472.70 | $84.20 | |

| For the period of 1/29/2014 to 12/12/2014 | | For the entire history of the account between 03/21/2014 to 12/12/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $11,472.70 | Total Compensable Receipts: | $11,472.70 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,472.70 | Total Comp/Non Comp Receipts: | $11,472.70 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $84.20 | Total Compensable Disbursements: | $84.20 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $84.20 | Total Comp/Non Comp Disbursements: | $84.20 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 14-02680-CAD | |
| **Case Name:** | VIRGILIO, PETER AND VIRGILIO, CHERYL R | |
| **Primary Taxpayer ID #:** | **-***6644 | |
| **Co-Debtor Taxpayer ID #:** | **-***6645 | |
| **For Period Beginning:** | 1/29/2014 | |
| **For Period Ending:** | 12/12/2014 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******8001 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $11,472.70 | $84.20 | $11,388.50 |

| **For the period of 1/29/2014 to 12/12/2014** | | **For the entire history of the case between 01/29/2014 to 12/12/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $11,472.70 | Total Compensable Receipts: | $11,472.70 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,472.70 | Total Comp/Non Comp Receipts: | $11,472.70 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $84.20 | Total Compensable Disbursements: | $84.20 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $84.20 | Total Comp/Non Comp Disbursements: | $84.20 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No.: | 14-02680-CAD | | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | VIRGILIO, PETER AND VIRGILIO, CHERYL R | | | | | | | | Date: 12/12/2014 |
| Claims Bar Date: | 06/03/2014 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $3,205.00 | $0.00 | $0.00 | $0.00 | $3,205.00 |
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $27.84 | $0.00 | $0.00 | $0.00 | $27.84 |
| | DAVID P. LEIBOWITZ<br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $5.08 | $0.00 | $0.00 | $0.00 | $5.08 |
| | DAVID P. LEIBOWITZ<br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $1,897.27 | $0.00 | $0.00 | $0.00 | $1,897.27 |
| | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT<br>219 S. Dearborn Street Suite 713<br>Chicago IL 60604 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| 1 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $10,663.94 | $0.00 | $0.00 | $0.00 | $10,663.94 |
| 2 | CAPITAL ONE BANK (USA)<br><br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $14,926.41 | $0.00 | $0.00 | $0.00 | $14,926.41 |

| Case No. | 14-02680-CAD | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | VIRGILIO, PETER AND VIRGILIO, CHERYL R | | | | | | | | Date: 12/12/2014 |
| Claims Bar Date: | 06/03/2014 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | CAPITAL ONE BANK (USA)<br><br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,157.57 | $0.00 | $0.00 | $0.00 | $4,157.57 |
| 4 | CAPITAL ONE, N.A.<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $403.41 | $0.00 | $0.00 | $0.00 | $403.41 |

**Claim Notes:** (4-1) CREDIT CARD DEBT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5 | CAPITAL RECOVERY V, LLC<br><br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $436.61 | $0.00 | $0.00 | $0.00 | $436.61 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $11,153.36 | $0.00 | $0.00 | $0.00 | $11,153.36 |
| | | | | | **$47,226.49** | **$0.00** | **$0.00** | **$0.00** | **$47,226.49** |

**CLAIM ANALYSIS REPORT**  
Page No: 3  
Exhibit C

| | |
|---|---|
| **Case No.** 14-02680-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** VIRGILIO, PETER AND VIRGILIO, CHERYL R | **Date:** 12/12/2014 |
| **Claims Bar Date:** 06/03/2014 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $27.84 | $27.84 | $0.00 | $0.00 | $0.00 | $27.84 |
| Attorney for Trustee Fees (Trustee Firm) | $3,205.00 | $3,205.00 | $0.00 | $0.00 | $0.00 | $3,205.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| Payments to Unsecured Credit Card Holders | $41,741.30 | $41,741.30 | $0.00 | $0.00 | $0.00 | $41,741.30 |
| Trustee Compensation | $1,897.27 | $1,897.27 | $0.00 | $0.00 | $0.00 | $1,897.27 |
| Trustee Expenses | $5.08 | $5.08 | $0.00 | $0.00 | $0.00 | $5.08 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      14-02680
Case Name:     PETER VIRGILIO
               CHERYL R VIRGILIO
Trustee Name:  David P. Leibowitz

                                        Balance on hand:     $11,388.50

Claims of secured creditors will be paid as follows: NONE

                      Total to be paid to secured creditors:     $0.00
                                      Remaining balance:     $11,388.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,897.27 | $0.00 | $1,897.27 |
| David P. Leibowitz, Trustee Expenses | $5.08 | $0.00 | $5.08 |
| Lakelaw, Attorney for Trustee Fees | $3,205.00 | $0.00 | $3,205.00 |
| Lakelaw, Attorney for Trustee Expenses | $27.84 | $0.00 | $27.84 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |

        Total to be paid for chapter 7 administrative expenses:     $5,485.19
                                               Remaining balance:     $5,903.31

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

      Total to be paid to prior chapter administrative expenses:     $0.00
                                            Remaining balance:     $5,903.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $5,903.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $41,741.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $10,663.94 | $0.00 | $1,508.16 |
| 2 | Capital One Bank (USA) | $14,926.41 | $0.00 | $2,110.98 |
| 3 | Capital One Bank (USA) | $4,157.57 | $0.00 | $587.99 |
| 4 | Capital One, N.A. | $403.41 | $0.00 | $57.05 |
| 5 | Capital Recovery V, LLC | $436.61 | $0.00 | $61.75 |
| 6 | PYOD, LLC its successors and assigns as assignee | $11,153.36 | $0.00 | $1,577.38 |

| | Total to be paid to timely general unsecured claims: | $5,903.31 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |