## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-02680 |
| | § | |
| PETER VIRGILIO | § | |
| CHERYL R VIRGILIO | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATION FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 03/18/2015, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/27/2015         By:  /s/ David P. Leibowitz
                                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-02680 |
| | § | |
| PETER VIRGILIO | § | |
| CHERYL R VIRGILIO | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $11,472.70
*and approved disbursements of*      $84.20
*leaving a balance on hand of[1]:*      $11,388.50

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $11,388.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,897.27 | $0.00 | $1,897.27 |
| David P. Leibowitz, Trustee Expenses | $5.08 | $0.00 | $5.08 |
| Lakelaw, Attorney for Trustee Fees | $3,205.00 | $0.00 | $3,205.00 |
| Lakelaw, Attorney for Trustee Expenses | $27.84 | $0.00 | $27.84 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |

Total to be paid for chapter 7 administrative expenses:      $5,485.19
Remaining balance:      $5,903.31

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $5,903.31 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $5,903.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $41,741.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $10,663.94 | $0.00 | $1,508.16 |
| 2 | Capital One Bank (USA) | $14,926.41 | $0.00 | $2,110.98 |
| 3 | Capital One Bank (USA) | $4,157.57 | $0.00 | $587.99 |
| 4 | Capital One, N.A. | $403.41 | $0.00 | $57.05 |
| 5 | Capital Recovery V, LLC | $436.61 | $0.00 | $61.75 |
| 6 | PYOD, LLC its successors and assigns as assignee | $11,153.36 | $0.00 | $1,577.38 |

| | Total to be paid to timely general unsecured claims: | $5,903.31 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-02680-CAD
Peter Virgilio                                                            Chapter 7
Cheryl R Virgilio
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: dwilliams            Page 1 of 2            Date Rcvd: Mar 02, 2015
                             Form ID: pdf006            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2015.
db/jdb         +Peter Virgilio,    Cheryl R Virgilio,    1135 Stonebridge Court,    Elgin, IL 60120-5004
aty             David P. Leibowitz,    Lakelaw,    420 W. Clayton St.,    Waukegan, IL 60085-4216
21466047       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
21466049        Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
21718376        Capital One Bank (USA),    American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
21893967        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21466050        Charter One,    PO Box 42008,    Providence, RI 02940-2008
21466051       +Charter One, NA,    870 Westminster St.,    Providence, RI 02903-4024
21466052       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21466053       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
21616130        Discover Bank,    DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21466056       +Discover Card,    Po Box 6103,    Carol Stream, IL 60197-6103
21466058       +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
21466062       +Leonardo Virgilio,    4325 North Narragansett Avenue,    Chicago, IL 60634-1571
21466063       +Ocwen Loan Servicing L,    3451 Hammond Ave,    Waterloo, IA 50702-5345
21466064       +Peoples Home Equity, Inc.,    1801 S. Meyers, Suite 500,    Oakbrook, IL 60181-5202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21975155        E-mail/PDF: rmscedi@recoverycorp.com Mar 03 2015 02:22:30      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21466059       +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2015 02:22:09      GE Capital Retail Bank,
                 Attn: Bankruptcy Dmpt.,    PO Box 103104,    Roswell, GA 30076-9104
21466060       +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2015 02:22:08      Gecrb/Walmart Dc,    Po Box 965024,
                 Orlando, FL 32896-5024
21466061       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 03 2015 02:07:25      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21986762       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 03 2015 02:22:30
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
21466065        E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2015 02:22:08      Walmart,    PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21466048*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
21466054*      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
21466055*      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
21466057*      +Discover Card,    Po Box 6103,    Carol Stream, IL 60197-6103
                                                                                              TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2015                                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2015 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net

```
District/off: 0752-1           User: dwilliams              Page 2 of 2                   Date Rcvd: Mar 02, 2015
                               Form ID: pdf006              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        David P Leibowitz, ESQ    on behalf of Plaintiff David P Leibowitz dleibowitz@lakelaw.com,
         czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
        Glenn  Betancourt    on behalf of Joint Debtor Cheryl R Virgilio courtburg1@comcast.net
        Glenn  Betancourt    on behalf of Debtor Peter  Virgilio courtburg1@comcast.net
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                   TOTAL: 6