UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 14-02680
 §
PETER VIRGILIO §
CHERYL R VIRGILIO §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $164,536.85 | Assets Exempt: | $73,028.16 |
| Total Distributions to Claimants: | $5,903.31 | Claims Discharged Without Payment: | $144,134.99 |
| Total Expenses of Administration: | $5,569.39 | | |

3) Total gross receipts of $11,472.70 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $11,472.70 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $171,880.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $5,569.39 | $5,569.39 | $5,569.39 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $164,358.81 | $41,741.30 | $41,741.30 | $5,903.31 |
| **Total Disbursements** | $336,238.81 | $47,310.69 | $47,310.69 | $11,472.70 |

4). This case was originally filed under chapter 7 on 01/29/2014. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/19/2015        By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2007 Ford Escape 4D Sport Utility XLT with 81,000 miles | 1129-000 | $2,672.70 |
| Preferential payment made to Leonard Virgilio | 1229-000 | $8,800.00 |
| **TOTAL GROSS RECEIPTS** | | $11,472.70 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charter One, NA | 4110-000 | $34,041.00 | $0.00 | $0.00 | $0.00 |
| | Ocwen Loan Servicing L | 4110-000 | $137,839.00 | $0.00 | $0.00 | $0.00 |
| | Peoples Home Equity, Inc. | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $171,880.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,897.27 | $1,897.27 | $1,897.27 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.08 | $5.08 | $5.08 |
| Green Bank | 2600-000 | NA | $84.20 | $84.20 | $84.20 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $3,205.00 | $3,205.00 | $3,205.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $27.84 | $27.84 | $27.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $5,569.39 | $5,569.39 | $5,569.39 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $10,504.37 | $10,663.94 | $10,663.94 | $1,508.16 |
| 2 | Capital One Bank (USA) | 7100-900 | $25,430.37 | $14,926.41 | $14,926.41 | $2,110.98 |
| 3 | Capital One Bank (USA) | 7100-900 | $4,067.23 | $4,157.57 | $4,157.57 | $587.99 |
| 4 | Capital One, N.A. | 7100-900 | $4,470.23 | $403.41 | $403.41 | $57.05 |
| 5 | Capital Recovery V, LLC | 7100-900 | $436.61 | $436.61 | $436.61 | $61.75 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $11,153.00 | $11,153.36 | $11,153.36 | $1,577.38 |
|  | Chase | 7100-000 | $15,210.00 | $0.00 | $0.00 | $0.00 |
|  | Citi | 7100-000 | $16,304.00 | $0.00 | $0.00 | $0.00 |
|  | Citi | 7100-000 | $783.00 | $0.00 | $0.00 | $0.00 |
|  | Leonardo Virgilio | 7100-000 | $76,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $164,358.81 | $41,741.30 | $41,741.30 | $5,903.31 |

# FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 14-02680-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VIRGILIO, PETER AND VIRGILIO, CHERYL R | Date Filed (f) or Converted (c): | 01/29/2014 (f) |
| For the Period Ending: | 5/19/2015 | §341(a) Meeting Date: | 02/25/2014 |
| | | Claims Bar Date: | 06/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1135 Stonebridge Court, Elgin, Illinois 60120. Single family home. | $188,430.00 | $0.00 | | $0.00 | FA |
| 2  Checking account held by JPMorgan Chase Bank. Account: ...1252 | $254.88 | $0.00 | | $0.00 | FA |
| 3  Savings account held by JPMorgan Chase Bank. Account#... 5246 | $5,300.00 | $1,554.88 | | $0.00 | FA |
| 4  Joint checking account held by JPMorgan Chase Bank. Account#: ...6621 | $262.94 | $131.47 | | $0.00 | FA |
| 5  Joint savings account held by JPMorgan Chase Bank. Account#...4791 | $621.00 | $310.50 | | $0.00 | FA |
| 6  TV, couch, love seat, kitchen table, dishwasher, refrigerator, stove, washer, dryer, dining room table, dining room hutch, love seat, cocktail tables, desktop computer, lap top, Wii game console, PSP3 game console, X Box game console, bed, twin beds, dresser TV, TV | $1,760.00 | $1,760.00 | | $0.00 | FA |
| 7  Debtor's clothes | Unknown | Unknown | | $0.00 | FA |
| 8  Joint debtor's clothes | Unknown | Unknown | | $0.00 | FA |
| 9  Movado watch | $200.00 | $200.00 | | $0.00 | FA |
| 10  Golf clubs | $150.00 | $150.00 | | $0.00 | FA |
| 11  Whole Life Insurance held by Guardian Life Insurance for joint debtor. Beneficiary: spouse, debtor. Owner: joint debtor. 2012 Gross Cash Value 6,000.00 Change in beneficiary: No. | $4,428.16 | $0.00 | | $0.00 | FA |
| 12  Children's Qualified tuition plan | $9,000.00 | $0.00 | | $0.00 | FA |
| 13  Pension. Local 2 Health & Welfare Laborers Pension Fund | Unknown | Unknown | | $0.00 | FA |
| 14  401(k) held by Prudential | $15,000.00 | $0.00 | | $0.00 | FA |
| 15  401(k) with Kennicott Bros. Co. | $1,800.00 | $0.00 | | $0.00 | FA |
| 16  2013 Tax refund | $1,600.00 | $1,600.00 | | $0.00 | FA |
| 17  2007 Ford Escape 4D Sport Utility XLT with 81,000 miles | $6,500.00 | $0.00 | | $2,672.70 | FA |
| 18  2000 Cadillac DTS with 129,000 miles | $2,800.00 | $400.00 | | $0.00 | FA |

Case 14-02680   Doc 38   Filed 06/02/15   Entered 06/02/15 15:19:37   Desc Main
Document      Page 6 of 9

Page No: 2
Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 14-02680-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VIRGILIO, PETER AND VIRGILIO, CHERYL R | Date Filed (f) or Converted (c): | 01/29/2014 (f) |
| For the Period Ending: | 5/19/2015 | §341(a) Meeting Date: | 02/25/2014 |
| | | Claims Bar Date: | 06/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 19  Preferential payment made to Leonard Virgilio (u) | $0.00 | $11,000.00 | | $8,800.00 | FA |

**TOTALS (Excluding unknown value)**                        **Gross Value of Remaining Assets**

                 $238,106.98             $17,106.85             $11,472.70          $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/20/2015 | Prepare TDR |
| 12/12/2014 | TFR prepared and submitted to UST |
| 05/17/2014 | Sent demand 4/10; no response received; sent email to Linda to move forward with complaint to recover. |
| 05/17/2014 | Also requested copy of 2013 tax return. |
| 05/17/2014 | Prepared motion to sell estate's interest in bank accounts and vehicle |
| 04/10/2014 | Demand letter sent on Leonardo Virgilio |
| 04/07/2014 | Motion to Employ drafted; demand letter prepared.<br><br>Awaiting tax refund and recovery of preferences<br><br>Need motion to sell estate's interest for vehicle and bank accounts |
| 03/19/2014 | Payment in the amount of $2672.70 for non exempt equity in vehicle; Payments made to Father for $2000.00 each for 6/3/13; 7/10/13; 9/10/13; 10/9/13; and 11/13/13 (Insider must recover) |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/25/2015 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 01/15/2015 | DAVID LEIBOWITZ | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-02680-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VIRGILIO, PETER AND VIRGILIO, CHERYL R | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6644 | Checking Acct #: | ******8001 |
| Co-Debtor Taxpayer ID #: | **-***6645 | Account Title: | |
| For Period Beginning: | 1/29/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/19/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/21/2014 | (17) | Cheryl & Peter Virgilo | Payment RE: Equity on vehicle. | 1129-000 | $2,672.70 | | $2,672.70 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.11 | $2,671.59 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.17 | $2,667.42 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.44 | $2,662.98 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.02 | $2,658.96 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.29 | $2,654.67 |
| 08/12/2014 | (19) | Leonardo Virgilio | Preference Payment | 1229-000 | $8,800.00 | | $11,454.67 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.66 | $11,442.01 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $17.27 | $11,424.74 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $19.62 | $11,405.12 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $16.62 | $11,388.50 |
| 03/20/2015 | 3001 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: 350.00; Amount Allowed: 350.00; Distribution Dividend: 100.00; | 2700-000 | | $350.00 | $11,038.50 |
| 03/20/2015 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,897.27 | $9,141.23 |
| 03/20/2015 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.08 | $9,136.15 |
| 03/20/2015 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 27.84; Amount Allowed: 27.84; Distribution Dividend: 100.00; | 3120-000 | | $27.84 | $9,108.31 |
| 03/20/2015 | 3005 | Lakelaw | Claim #: ; Amount Claimed: 3,205.00; Amount Allowed: 3,205.00; Distribution Dividend: 100.00; | 3110-000 | | $3,205.00 | $5,903.31 |
| 03/20/2015 | 3006 | Discover Bank | Claim #: 1; Amount Claimed: 10,663.94; Amount Allowed: 10,663.94; Distribution Dividend: 14.14; | 7100-900 | | $1,508.16 | $4,395.15 |
| 03/20/2015 | 3007 | Capital One Bank (USA) | Claim #: 2; Amount Claimed: 14,926.41; Amount Allowed: 14,926.41; Distribution Dividend: 14.14; | 7100-900 | | $2,110.98 | $2,284.17 |
| 03/20/2015 | 3008 | Capital One Bank (USA) | Claim #: 3; Amount Claimed: 4,157.57; Amount Allowed: 4,157.57; Distribution Dividend: 14.14; | 7100-900 | | $587.99 | $1,696.18 |
| 03/20/2015 | 3009 | Capital One, N.A. | Claim #: 4; Amount Claimed: 403.41; Amount Allowed: 403.41; Distribution Dividend: 14.14; | 7100-900 | | $57.05 | $1,639.13 |
| 03/20/2015 | 3010 | Capital Recovery V, LLC | Claim #: 5; Amount Claimed: 436.61; Amount Allowed: 436.61; Distribution Dividend: 14.14; | 7100-900 | | $61.75 | $1,577.38 |
| 03/20/2015 | 3011 | PYOD, LLC its successors and assigns as assignee | Claim #: 6; Amount Claimed: 11,153.36; Amount Allowed: 11,153.36; Distribution Dividend: 14.14; | 7100-900 | | $1,577.38 | $0.00 |

| | | | | **SUBTOTALS** | $11,472.70 | $11,472.70 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-02680-CAD | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | VIRGILIO, PETER AND VIRGILIO, CHERYL R | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6644 | Checking Acct #: | ******8001 |
| Co-Debtor Taxpayer ID #: | **-***6645 | Account Title: | |
| For Period Beginning: | 1/29/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/19/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $11,472.70 | $11,472.70 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $11,472.70 | $11,472.70 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $11,472.70 | $11,472.70 | |

**For the period of 1/29/2014 to 5/19/2015**

| | |
| --- | ---: |
| Total Compensable Receipts: | $11,472.70 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,472.70 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $11,472.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,472.70 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/21/2014 to 5/19/2015**

| | |
| --- | ---: |
| Total Compensable Receipts: | $11,472.70 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,472.70 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $11,472.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,472.70 |
| Total Internal/Transfer Disbursements: | $0.00 |

Case 14-02680 Doc 38 Filed 06/02/15 Entered 06/02/15 15:19:37 Desc Main
Document Page 9 of 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

Exhibit 9

| Case No. | 14-02680-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VIRGILIO, PETER AND VIRGILIO, CHERYL R | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6644 | Checking Acct #: | ******8001 |
| Co-Debtor Taxpayer ID #: | **-***6645 | Account Title: | |
| For Period Beginning: | 1/29/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/19/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $11,472.70 | $11,472.70 | $0.00 |

| **For the period of 1/29/2014 to 5/19/2015** | | **For the entire history of the case between 01/29/2014 to 5/19/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $11,472.70 | Total Compensable Receipts: | $11,472.70 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,472.70 | Total Comp/Non Comp Receipts: | $11,472.70 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $11,472.70 | Total Compensable Disbursements: | $11,472.70 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,472.70 | Total Comp/Non Comp Disbursements: | $11,472.70 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |